# UNITED STATES DISTRICT COURT

Southern District of Illinois

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| BOBBY PURDIMAN | |

Case No. 4:95CR40083-007-JPG

USM No. 03668-025

Melissa A. Day, AFPD
_____
Defendant's Attorney

**FILED JUL 06 2010** CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF ILLINOIS BENTON OFFICE

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) as alleged in petition of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Statutory | The defendant committed the offense of false statements | 04/06/2010 |
| statutory | The defendant tested positive for marijuana | |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 9053

Defendant's Year of Birth: 1976

City and State of Defendant's Residence:
Cairo, IL 62914

06/30/2010
Date of Imposition of Judgment

_[signature]_
Signature of Judge

J. Phil Gilbert        District Judge
Name and Title of Judge

July 6, 2010
Date

Judgment—Page 2 of 3

DEFENDANT: BOBBY PURDIMAN
CASE NUMBER: 4:95CR40083-007-JPG

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Standard # 2 | The defendant failed to submit written reports | 01/31/2010 |
| Standard # 3 | The defndant failed to provide truthful information to his probation officer | 03/11/2010 |
| Standard # 6 | The defendant failed to notify probation of termination of his employment | 05/17/2009 |
| Standard # 11 | The defendant failed to notify probation within 72 hours of being questioned/ by police. | 03/25/2010 |
| Special | The defendant failed to report for drug treatment as directed by probation | 02/24/2010 |
| Special | The defendant was unaccountable while on home confinement. | 08/26/2009 |

AO 245D    Case 4:95-cr-40083-JPG   Document 416   Filed 07/06/10   Page 3 of 3   Page ID #364
         (Rev. 12/07) Judgment in a Criminal Case for Revocations
         Sheet 2— Imprisonment

Judgment — Page 3 of 3

DEFENDANT: BOBBY PURDIMAN
CASE NUMBER: 4:95CR40083-007-JPG

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

24 months

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL